UNITED STATES DISTRICT COURT
DISTRICT OF OREGON, PORTLAND DIVISION

| | |
|---|---|
| Teresa J. Barrios, | ) |
|         Plaintiff | ) |
| v. | ) |
| | ) Civil Action No. 3:13-cv-00284-HZ |
| Willamette University, Stephen E. Thorsett, Willamette University College of Law, Peter V. Letsou | ) |
|         Defendants. | ) |

**MOTION TO DISMISS LAWSUIT**

I, Plaintiff Teresa J. Barrios, move to dismiss the original and amended complaints filed. No process has been served on any party. Plaintiff requests court to withdraw this legal action in its entirety.

s/Teresa Barrios
Teresa Barrios, appearing pro se
4512 Harford Rd.
Baltimore MD 21214
tbarrios@willamette.edu
541-740-6518